

September 15, 2022

DIANNA D. McCARTHY
DIRECT: 646.367.6716
DMCCARTHY@KBRLAW.COM

KENNETH ABEYRATNE
DIRECT: 646.367.6745
KABEYRATNE@KBRLAW.COM

**VIA ECF**

Honorable Ronnie Abrams, U.S.D.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

  Re: Philip Columbo v. Philips Bryant Park LLC, et al.
     Docket No.: 1:22-cv-00775-RA-JW

Dear Judge Abrams:

We represent the Defendants Philips Bryant Park LLC d/b/a/ The Bryant Park Hotel, Philip Pilevsky, Michael Pilevsky, Seth Pilevsky, and Sheila Chess in the above-referenced matter. We write jointly with Clifton Budd & DeMaria, who represent the other Defendants in the above-referenced matter. We write to request a two-week extension of time to submit Defendants' reply papers, which is currently due on September 22, 2022. This is Defendants' first request for an extension of time. Plaintiff's counsel consents to this extension request. This extension affects no other deadlines in this case.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Dianna D. McCarthy
Kenneth Abeyratne

cc: Jim Gianakis (attorney for Plaintiff) (via ECF)
  Arthur Robb (attorney for remaining Defendants) (via ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
09/16/2022

NEW YORK  NEW JERSEY  CONNECTICUT  CALIFORNIA

8462038