**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PHILIP COLUMBO,

                Plaintiff,

    -against-

PHILIPS BRYANT PARK LLC, *et al.*,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

**22-CV-775 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On December 20, 2022 a conference was held in this matter. For the reasons stated on the record, discovery is stayed until the resolution of the pending motions to dismiss. The Parties are directed to a file a Case Management Plan within 21 days of the decision on the motions to dismiss.

    SO ORDERED.

DATED:    New York, New York
                December 20, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge