UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PHILIP COLUMBO,

                           Plaintiff,                           **ORDER**

                                                                   22-cv-00775 (RA) (JW)

                -against-

PHILIPS BRYANT PARK LLC, *et al.*,

                           Defendant.

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the request for oral argument on the pending Cross-Motions to Disqualify Counsel and to Expedite Discovery. Dkt. No. 74. The Court will hear oral argument on **October 18, 2023 at 10:30am**. The conference will be heard in Courtroom 228, 40 Foley Square New York, New York.

      SO ORDERED.

DATED:    New York, New York
                September 14, 2023

                                                                     JENNIFER E. WILLIS
                                                                     United States Magistrate Judge