UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILIP COLUMBO,

                Plaintiff,

      v.

PHILIPS BRYANT PARK LLC d/b/a THE BRYANT PARK HOTEL LLC, PHILIPS INTERNATIONAL HOLDING CORP., ASG EQUITIES LLC, MAVERICK MANAGEMENT CORP., PHILIP PILEVSKY, ISAAC GINDI, EZRA SULTAN, MICHAEL PILEVSKY, SHEILA CHESS, SETH PILEVSKY, XYZ CORPORATIONS 1-10, and JOHN AND JANE DOES 1-10,

                Defendants.

22-CV-775 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      As discussed during today's oral argument, counsel shall jointly submit a letter to the Court no later than November 6, 2023. The letter shall indicate whether the parties seek alternative dispute resolution and, if so, whether they would prefer a referral to Magistrate Judge Willis for settlement discussions or to the Southern District's Mediation Program.

      Additionally, to the extent Plaintiff's counsel wishes to provide the Court with any additional clarification, as expressed during today's oral argument, he shall file a letter doing so no later than November 6, 2023.

SO ORDERED.

Dated:    October 30, 2023
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge