UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHILIP COLUMBO,

                      Plaintiff,

-against-

PHILIPS BRYANT PARK LLC, *et al.*,

                      Defendants.
------------------------------------------------------------------X

**ORDER**

**22-cv-775 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's letter at Dkt. No. 88 requesting a "scheduling order that sets a clear and aggressive path forward for discovery in this matter." Dkt. No. 88. On December 20, 2022, this Court stayed discovery "until the resolution of the pending motions to dismiss." Dkt. No. 52 (the "Prior Order"). As Plaintiff's letter notes, a motion to dismiss is still pending in this action. Dkt. No. 88. As previously ordered no discovery schedule, aggressive or otherwise, will be issued by this Court until such time as the motions to dismiss are resolved. As stated in the Prior Order, "[t]he Parties are directed to a file a Case Management Plan within 21 days of the decision on the motions to dismiss." Prior Order.

      SO ORDERED.

DATED:    New York, New York
               January 2, 2024

                                                              JENNIFER E. WILLIS
                                                               United States Magistrate Judge