UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHILIP COLUMBO,

                Plaintiff,                        **ORDER**

        -against-                      **22-CV-00775 (RA) (JW)**

PHILIPS BRYANT PARK LLC, et al.,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 18, 2024, the Court denied Defendants' previous request to stay discovery and so ordered the proposed case management plan. Dkt. No. 103. On May 8, 2024, Defendants filed a letter motion requesting a stay of discovery until the motion to dismiss the Second Amended Complaint is ruled upon or seeking clarity as to the scope of discovery. Dkt. No. 108. Plaintiff opposes the request. Dkt. No. 109. The request is DENIED. If Defendants desired more time or clarification as to the scope of discovery, Defendants should have sought such in April, not on the eve of the first discovery deadline. The deadline for the initial demands for production and interrogatories is extended to May 13, 2024, and all other deadlines remain the same. However, until the motion to dismiss the Second Amended Complaint is ruled upon, discovery shall be limited to the claims that have survived the first motion to dismiss.

    SO ORDERED.

DATED:    New York, New York
               May 10, 2024

                                                              _____
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge