UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP COLUMBO,

               Plaintiff,

      v.

PHILIPS BRYANT PARK LLC d/b/a THE BRYANT PARK HOTEL LLC, PHILIPS INTERNATIONAL HOLDING CORP., ASG EQUITIES LLC, MAVERICK MANAGEMENT CORP., PHILIP PILEVSKY, ISAAC GINDI, EZRA SULTAN, MICHAEL PILEVSKY, SHEILA CHESS, SETH PILEVSKY, XYZ CORPORATIONS 1-10, and JOHN AND JANE DOES 1-10,

               Defendants.

No. 22-cv-775 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at yesterday's hearing, Defendants' partial motion to dismiss is denied with respect to Plaintiff's claim of conversion and his prayer for punitive damages. In all other respects, Defendants' motion is granted. The Clerk of Court is respectfully directed to close the motion pending at ECF No. 113.

    Furthermore, as discussed at the hearing, no later than December 9, 2024, counsel shall jointly submit a letter indicating whether their clients are amenable to participating in settlement conference in an effort to resolve this matter, as suggested by the Court.

SO ORDERED.

Dated: December 3, 2024
       New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge