**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PHILIP COLUMBO,

                    Plaintiff,                        **ORDER**

               -against-                      **22-CV-775 (RA) (JW)**

PHILIPS BRYANT PARK LLC, *et al.*,

                    Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case has a history of alleged discovery related violations by both sides. See Dkt. Nos. 129, 137, 139. The Parties are ordered to provide the Court via email with three mutually agreeable settlement dates **by January 31, 2025.** Should the Parties fail to provide such dates, the Court will schedule an in-person discovery conference where the date for a later settlement conference will be selected by the Court. The Court reserves any decision on the outstanding discovery disputes pending the settlement conference.

      SO ORDERED.

DATED:    New York, New York
               January 22, 2025

                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge