UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP COLUMBO, <br><br> Plaintiff, <br><br> v. <br><br> PHILIPS BRYANT PARK LLC d/b/a THE BRYANT PARK HOTEL LLC, PHILIPS INTERNATIONAL HOLDING CORP., ASG EQUITIES LLC, MAVERICK MANAGEMENT CORP., PHILIP PILEVSKY, ISAAC GINDI, EZRA SULTAN, MICHAEL PILEVSKY, SHEILA CHESS, SETH PILEVSKY, XYZ CORPORATIONS 1-10, and JOHN AND JANE DOES 1-10, <br><br> Defendants. | Civil Action No. 1:22-cv-00775-RA-JW <br><br> **CLERK'S CERTIFICATE OF DEFAULT** |

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 28, 2022 with the filing of a Complaint; a copy of the Complaint was served on Robyn Tuerk, Esq., as Corporate General Counsel for Philips International Holding Corp., and Robert A. Wiesen, Esq., Managing Partner of Clifton Budd & DeMaria, LLP, on February 2, 2022; Waivers of Service of Summons were signed on April 18, 2022 by legal counsel representing Defendants, Philips Bryant Park LLC d/b/a The Bryant Park Hotel LLC, Michael Pilevsky, Philip Pilevsky, Seth Pilevsky, Sheila Chess, and on April 27, 2022 by legal counsel representing Defendants, Philips International Holding Corp., ASG Equities LLC, Maverick Management Corp., Isaac Gindi, and Ezra Sultan (collectively, "Defendants"); the signed Waivers of Service were filed on April 19, 2022 (Docket Nos. 10, 11, 12, 13, and 14) and April 23, 2025 (Docket Nos. 146, 147, 148, 149, and 150), respectively; an Amended Complaint was filed and served on all counsel of record on March 6, 2023 (Docket No. 55); a Second

Amended Complaint was filed and served on all counsel of record on April 12, 2024 (Docket No. 99); Defendants' Motion to Dismiss was granted in part and denied in part by an Order filed on December 3, 2024 (Docket No. 130); and an Order denying Plaintiff's Motion for Reconsideration was filed on April 8, 2025 (Docket No. 145).

I further certify that the docket entries indicate that it has been more than fourteen (14) days from the entry of the Court's Order, dated April 8, 2025, and Defendants have failed to file an Answer or otherwise plead to defend this action. The default of Defendants, Philips Bryant Park LLC d/b/a The Bryant Park Hotel LLC, Philips International Holding Corp., ASG Equities LLC, Maverick Management Corp., Philip Pilevsky, Isaac Gindi, Ezra Sultan, Michael Pilevsky, Sheila Chess, and Seth Pilevsky, is hereby noted.

Dated: New York, New York

April 23, 2025                                TAMMI M. HELLWIG
                                                      Clerk of Court

                                          By: *K. Mango*
                                                       Deputy Clerk