UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHILIP COLUMBO,

                        Plaintiff,                                       **ORDER**

                -against-                                   **22-CV-775 (RA) (JW)**

PHILIPS BRYANT PARK LLC, et al.,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       On May 5, 2025, this Court held a pre-settlement conference with the counsel for all Parties in this matter. At the conclusion of the pre-settlement conference this Court ordered counsel for the Parties to meet and confer and advise the Court by May 12, 2025 whether a settlement conference would be productive. This Court is now in receipt of a joint email from counsel for the Parties informing the Court that they do not believe a settlement conference would be productive at this time. Therefore, the settlement conference scheduled for May 15, 2025 is **ADJOURNED SINE DIE**.

       The Parties are ordered to meet and confer and file an amended case management plan **by May 16, 2025**. In light of the forthcoming new discovery deadlines, the Parties' previous letter motions regarding delays in discovery are **DENIED** as moot. See Dkt. Nos. 129, 137, 142.

       **The Clerk of Court is respectfully requested to close Dkt. Nos. 129, 137, 142.**

       SO ORDERED.

DATED:	New York, New York
	May 12, 2025

	_____
	JENNIFER E. WILLIS
	United States Magistrate Judge