# GIANAKIS LAW LLC
Attorney at Law

The Parties are ordered to attend an **in-person** conference on **July 24, 2025, at 11:00 AM**. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY.  SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge
July 11, 2025

**VIA E-FILING**
Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:    **Columbo v. Philips Bryant Park LLC, et al.**
          **Civil Action No. 1:22-cv-00775-RA-JW**

Dear Judge Willis:

As the Court is aware, this office represents Plaintiff, Philip Columbo.  As the Court is also aware, Plaintiff has raised concerns throughout this matter that Defendants have no intention to comply, and have not complied, with their legal obligations to follow the Court's directions and to engage in good faith in the production of discovery. On July 1, 2025, Plaintiff filed a letter motion, accompanied by a Declaration from Plaintiff, that highlighted for the Court that this is a pattern of behavior for Defendants and requested the Court's intervention in holding Defendants accountable.  Pursuant to Your Honor's Individual Practice Rule II.A., "[a]ny responsive letter should be submitted within 3 business days after submission of the letter motion" and "[f]ailure to respond within 3 business days will result in a waiver of any objections."  It is now July 8, 2025 – more than 3 business days beyond the submission of Plaintiff's letter motion.  Defendants have neither responded to the Court nor to my office privately, which only affirms every concern that Plaintiff has consistently and repeatedly raised with the Court.  Defendants must be compelled to comply with their discovery obligations or face consequences, including sanctions and the payment of attorneys' fees and costs.

Further, because it is now July 8, 2025 and nothing has been produced by Defendants, Plaintiff has no choice but to reschedule depositions that were duly noticed to take place beginning this Thursday, July 10, 2025.  As explained in Plaintiff's letter motion last week, when I asked Defendants' counsel in our meet and confer on June 24, 2025 whether they intended to produce their clients for depositions, Defendants' counsel responded that they understand that there will be depositions after the exchange of paper discovery, but that they reserved their right

to determine whether or not to produce any party or witness. In other words, they not only were expecting to delay any depositions until they have fully exhausted their strategy of delaying any production of documents, but then, likely will either object to producing individuals for depositions or simply ignore the deposition notices. This should not be allowed to happen. The Court must confirm Plaintiff's priority and right to take the depositions of, at a minimum, Defendants, Ezra Sultan, Isaac Gindi, Philip Pilevsky, Jack Chehebar, Michael Strauss, Michael Pilevsky, and Sheila Chess, that had originally been scheduled to take place in September 2024, were rescheduled for dates in January 2025, were scheduled for July 2025 (Sultan, Gindi, Pilevsky, Chehebar) and September 2025 (Strauss, Pilevsky, Chess), and now will have to be rescheduled again. And if any of these individuals is not provided for deposition, there must be consequences.

Defendant Isaac Gindi made it clear to Plaintiff that "You know who you're dealing with. You're not going to get [s - - t] from them." Legal counsel in labor arbitrations brought by employees against Defendants shared with Plaintiff that "the Pilevskys think they're above the law." Respectfully, the Court must get involved in holding Defendants accountable to their obligations to Plaintiff, to the law, and to this Court to comply with discovery. There have to be consequences.

We appreciate the Court's continuing attention to and assistance in this matter.

Respectfully submitted,

*s / James P. Gianakis*

James P. Gianakis

cc:     All Counsel of Record (e-filing)