UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHILIP COLUMBO,

                            Plaintiff,                      **ORDER**

          -against-                             **22-CV-775 (RA) (JW)**

PHILIPS BRYANT PARK LLC, *et al.*,

                            Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 24, 2025, this Court held a discovery conference to address Plaintiff's motion to compel Defendants to produce discovery responses. See Dkt. No. 166. For the reasons stated in more detail on the record, Plaintiff's motion to compel is **GRANTED** and the following deadlines are set:

- Plaintiff's additional discovery requests are due **August 1, 2025**, and by 5:00 PM on that date, Plaintiff shall file a letter informing the Court of compliance with that deadline.

- Defendants' production of documents in response to Plaintiff's requests are due **August 29, 2025,** and by 5:00 PM on that date, Defendants must file a letter informing the Court that they have produced all documents responsive to Plaintiff's discovery requests. If, for any reason, Defendants are unable to produce the documents, they shall file a letter detailing why production could not be made. Such letter shall be accompanied by a signed affidavit or declaration by an attorney or record keeper for the Defendants.

- The Parties shall file a joint letter by **5:00 PM on August 29, 2025**, informing the Court how many depositions will be conducted and the scheduled dates for those depositions.

At the conclusion of the July 24th conference, Plaintiff requested that this Court award attorneys' fees and costs in relation to the motion to compel. That request is **DENIED**. The Parties are directed to order a copy of the transcript of the July 24th conference.

**The Clerk of Court is respectfully requested to close Dkt. No. 166.**

SO ORDERED.

DATED:   New York, New York
         July 24, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge