UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHILIP COLUMBO,

                            Plaintiff,                      **ORDER**

            -against-                     **22-CV-775 (RA) (JW)**

PHILIPS BRYANT PARK LLC, *et al.*,

                            Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendants' discovery status letter and all subsequent letters. See Dkt. Nos. 173–175. The parties are ordered to attend an in-person conference on **September 26, 2025, at 1:00 PM** to discuss outstanding discovery issues. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square New York, NY.

      Defendants are required to file a letter detailing how they complied with the Court's order that they "produce[] all documents responsive to Plaintiff's discovery requests." Dkt. No. 170. The letter shall include, but is not limited to, the following:

- How many documents Defendants produced in response to Plaintiff's discovery requests;

- Whether Defendants searched all custodians and email addresses Plaintiff requested. If they did not, they must explain why not; and

- A summary of Defendant's responses and objections to Plaintiff's discovery requests.

The letter shall be no more than four pages and is due by **5:00 PM on September 19, 2025**.

    SO ORDERED.

DATED:   New York, New York
              September 12, 2025

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge