UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PHILIP COLUMBO,

                      Plaintiff,

        -against-

PHILIPS BRYANT PARK LLC, *et al.*,

                      Defendants.

------------------------------------------------------------------X

**ORDER**

**22-CV-775 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before the Court for a discovery conference today on September 26, 2025. For reasons more fully explained on the record, the Court orders the following:

- Plaintiff's request to compel documents responsive to Plaintiff's Request for Production No. 16 is **GRANTED**.

- Plaintiff's request to compel documents responsive to Plaintiff's Request for Production No. 17 is **DENIED**.

- Plaintiff's request to compel documents responsive to Plaintiff's Request for Production Nos. 6–9 is **DENIED**.

- For the remaining categories of discovery requests Plaintiff seeks to compel, Plaintiff is ordered to file a letter motion, no more than ten pages, summarizing these issues by **5:00 PM on October 6, 2025**. Defendants shall then file an opposition letter, no more than ten pages, to Plaintiff's letter by **5:00 PM on October 15, 2025**.

- The Parties are directed to order a copy of the transcript of the September 26, 2025 conference.

**The Clerk of Court is respectfully requested to close Dkt. No. 174.**

SO ORDERED.

DATED:   New York, New York
         September 26, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge