# GIANAKIS LAW LLC
Attorney at Law

> This request is GRANTED *nunc pro tunc*. Counsel for Plaintiff has requested last minute extensions multiple times over the phone and via ECF. The Court expects better time management from counsel moving forward. SO ORDERED.
>
> */s/ Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> November 6, 2025

November 5, 2025

**VIA E-FILING**

Honorable Jennifer E. Willis, U.S.M.J.
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **Columbo v. Philips Bryant Park LLC, et al.**
                 **Civil Action No. 1:22-cv-00775-RA-JW**

Dear Judge Willis:

      As the Court is aware, this office represents Plaintiff, Philip Columbo. Pursuant to Your Honor's most recent Order, dated October 27, 2025, Plaintiff is directed "to provide more detailed bases for the discovery categories he is seeking to compel" to include "(1) which outstanding requests fall under the eight discovery categories" previously identified for the Court and "(2) the relevance of this discovery to claims that are still a part of this action." Plaintiff's letter is due by 5:00 p.m. today. As explained to Your Honor's law clerk this morning, I am being pulled away from my office to address another time sensitive matter, and respectfully, am therefore requesting a one (1) day extension until tomorrow at 5:00 p.m. to provide the Court with this submission. Defendants' response, if any, is due by November 14, 2025.

      Thank you for the Court's continuing attention to, guidance, and courtesies in this matter.

                                  Respectfully submitted,

                                  *s / James P. Gianakis*

                                  James P. Gianakis

cc:    All Counsel of Record (via e-filing)