UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PHILIP COLUMBO,

                     Plaintiff,

          -against-

PHILIPS BRYANT PARK LLC, *et al.*,

                  Defendants.
-------------------------------------------------------------------X

**ORDER**

**22-CV-775 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 8, 2024, the Court entered a case management plan, with a fact discovery deadline of October 31, 2024.  Dkt. No. 104.  On May 21, 2025, the Court adopted an amended case management plan, with a fact discovery deadline of October 15, 2025.  Dkt. No. 164.

Before the October 15, 2025 fact discovery deadline, Plaintiff raised various discovery disputes on September 5, 2025.  Dkt. No. 174.  The Court subsequently held a hearing on these outstanding disputes, allowed multiple rounds of briefing on Plaintiff's requests to compel discovery responses[1], and ultimately denied Plaintiff's requests to compel discovery in full.  See Dkt. No. 189.  After the disposition of those discovery issues via the Court's Order at Dkt. No. 189, all discovery disputes raised by the parties have been resolved.

On December 26, 2025—after the close of fact discovery—Plaintiff filed a letter with the Court.  Dkt. No. 190.  The letter does not appear to raise any additional

---

[1] For more detailed context on the multiple rounds of letter briefing on these discovery issues, please refer to the Court's order at Dkt. No. 189.

discovery disputes, or any concrete requests, for the Court to address. While Plaintiff queries whether the Court "intends to enter a new Case Management Order to allow for the completion of discovery," he has failed to make such a request in accordance with the undersigned's individual rules. Further, while Plaintiff pleads that he "must be permitted to serve additional discovery demands in areas of discovery that remain outstanding and based upon Defendants' recent admissions of liability" (id.), he fails to acknowledge that per the amended case management plan at Dkt. No. 164, discovery requests were required to be served "no later than 30 days prior to the discovery deadline" of October 15, 2025. Id.

Further, Plaintiff asserts that a "trial date needs to be set." Id. Considering fact discovery is closed, and the Court has not received a request to reopen discovery, the parties are directed to file a joint letter to Judge Abrams proposing a schedule for summary judgment briefing or indicating whether they are ready to set the case for trial by **January 23, 2026**.

SO ORDERED.

DATED:    New York, New York
          January 16, 2026

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge