**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PHILIP COLUMBO,

Plaintiff,

**ORDER**

-against-

**22-CV-775 (RA) (JW)**

PHILIPS BRYANT PARK LLC, *et al.*,

Defendants.

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's motion for reconsideration at Dkt. No. 193.

Defendants are ordered to file a response to Plaintiff's motion by **5:00 PM on February 13, 2026.**

SO ORDERED.

DATED:    New York, New York
          February 9, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge