

**KAUFMAN BORGEEST & RYAN LLP**

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

DIANNA D. MCCARTHY
DIRECT: 646.367.6716
DMMCARTHY@KBRLAW.COM

February 26, 2026

DAVID CHOI
DIRECT: 646.367.6684
DCHOI@KBRLAW.COM

**VIA ECF**

Honorable Ronnie Abrams
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2203
New York, New York 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
Feb. 27, 2026

Re:   *Philip Columbo v. Philips Bryant Park LLC, et al.*,
     Civil Action No.:        1:22-cv-00775-RA-JW

Dear Judge Abrams:

This firm represents the Defendants Philips Bryant Park LLC d/b/a/ The Bryant Park Hotel, Philip Pilevsky, Michael Pilevsky, Seth Pilevsky, and Sheila Chess in the above-referenced matter.  We write jointly with Clifton Budd & DeMaria, who represent the remaining Defendants (collectively, "Defendants").  In accordance with Rule 1(D) of Your Honor's Individual Practices and Rules, Defendants respectfully submit this letter to request that the briefing for the parties' respective summary judgment motions be held in abeyance for the reasons set forth below. This request is made on consent by Plaintiff's Counsel.

As the Court is aware, shortly after the parties submitted their joint letter (the "Letter") on January 23, 2026, Plaintiff filed a motion for reconsideration on January 30, 2026, addressed to Magistrate Judge Jennifer E. Willis.  *See* ECF Dkt. No. 193.  Separately, on the same day, Your Honor endorsed the Letter and set forth the following briefing schedule for the parties' motions for summary judgment[1]:

- Motions due by 3/20/2026.
- Responses due 4/21/2026
- Replies due by 5/5/2026.

_____
[1] *See* ECF Dkt. No. 194.

11793734

However, in accordance with Magistrate Judge Jennifer E. Willis's Order dated February 9, 2026, Defendants submitted a response to Plaintiff's motion for reconsideration on February 13, 2026. *See* ECF Dkt. No. 195;196. On February 18, 2026, Plaintiff filed a reply memorandum of law in further support of his pending motion for reconsideration. *See* ECF Dkt. No. 197. To date, the parties are awaiting a decision from the Court.

As a result of Plaintiff's motion to reconsider, Defendants have had to expend its resources addressing Plaintiff's motion rather than allocating its resources to its motion for summary judgment. Without finality from the Court, Defendants are left at a standstill in how to proceed. For these reasons, Defendants respectfully request that briefing for summary judgment motions be held in abeyance until the Court issues a determination on Plaintiff's motion for reconsideration, or in the alternative, set forth a revised briefing schedule accounting for the lost time.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Dianna D. McCarthy
David Choi

cc: All counsel of record (via ECF)

KAUFMAN BORGEEST & RYAN LLP

2

11793734