UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILIP COLUMBO,

                Plaintiff,

        v.

PHILIPS BRYANT PARK LLC d/b/a The
Bryant Park Hotel LLC, et al.,

                Defendants.

No. 22-CV-775 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

Before the Court is Plaintiff Philip Columbo's motion for leave to file an interlocutory appeal pursuant to 28 U.S.C. § 1292(b), filed March 24, 2026. Dkt. No. 203 (Pl.'s Motion). Plaintiff seeks appellate review of Magistrate Judge Willis's March 11, 2026 Order denying his request to reopen discovery. Dkt. No. 200 (Judge Willis's March 11, 2026 Order). An order denying additional discovery does not typically warrant an interlocutory appeal because it does not involve a "controlling question of law as to which there is substantial ground for difference of opinion," nor would "an immediate appeal from the order . . . materially advance the ultimate termination of the of the litigation." 28 U.S.C. § 1292(b); *see also Calderon v. Symeon*, 2007 WL 842005, at *3 (D. Conn. Mar. 13, 2007) ("Generally, orders denying or compelling discovery are non-appealable, for the reason that decisions relating to discovery issues normally can be reviewed effectively on appeals from final judgments."). There is no controlling question of law at issue here. Nor does Plaintiff explain how an immediate appeal would materially advance the termination of the litigation. Thus, Plaintiff's motion for leave to file an interlocutory appeal is denied.

In a reply letter, Plaintiff "supplements" his initial motion with "a request for review" of Judge Willis's March 11, 2026 Order pursuant to Federal Rule of Civil Procedure 72(a). Dkt. No. 205 (Pl.'s Reply). Rule 72(a), however, states that any objection to a magistrate judge's order must be "serve[d]

and file[d] . . . within 14 days" of service.  Fed. R. Civ. P. 72; *see also Thai Lao Lignite (Thailand) Co.*
*v. Gov't of Lao People's Democratic Republic,* 924 F. Supp. 2d 508, 517 (S.D.N.Y. 2013) ("A party
must file its objections to a magistrate judge's orders within 14 days after being served with a copy.").
Plaintiff's Rule 72(a) objection came more than 14 days after Judge Willis's order and is therefore
denied as untimely.

Finally, in the motion, Plaintiff makes an application for a stay until the appeal already pending
before the Second Circuit is resolved.  Defendants consent to this request.  It is therefore granted. The
Clerk of Court is respectfully directed to stay this matter until further order of this Court.

SO ORDERED.

Dated:    April 10, 2026
          New York, New York

_____
          Ronnie Abrams
          United States District Judge

2