UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILIP COLUMBO,

                Plaintiff,

       v.

PHILIPS BRYANT PARK LLC d/b/a The
Bryant Park Hotel LLC, et al.,

              Defendants.

No. 22-CV-775 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The conference previously scheduled for April 21, 2026 is adjourned to 3:00 p.m. on April 23, 2026. Unless the parties request otherwise, the conference will take place via Microsoft Teams. Members of the public may call into the conference at the following audio-only line: (646) 453-4442; Passcode: 259 810 512#. A video link will be sent to the parties prior to the conference.

SO ORDERED.

Dated:     April 20, 2026
           New York, New York

                              Ronnie Abrams
                              United States District Judge