UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP COLUMBO,

                    Plaintiff,

        v.

PHILIPS BRYANT PARK LLC d/b/a The
Bryant Park Hotel LLC, et al.,

                    Defendants.

No. 22-CV-775 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the Court adopts the following schedule for summary judgment briefing:

- Summary judgment motions shall be filed by May 22, 2026;

- Oppositions shall be filed by June 26, 2026; and

- Reply briefs shall be filed by July 17, 2026.

As further discussed at today's conference, no later than April 30, 2026, the parties shall advise the Court whether they seek to participate in a settlement conference before Judge Willis or in mediation via the Court-annexed mediation program.

Finally, during today's conference, Plaintiff withdrew the motion pending at Docket Number 207, which the Clerk of Court is respectfully directed to close. The Clerk of Court is further respectfully ordered to lift the stay in this case.

SO ORDERED.

Dated:    April 23, 2026
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge