UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP COLUMBO,

                Plaintiff,

         v.

PHILIPS BRYANT PARK LLC d/b/a THE
BRYANT PARK HOTEL LLC, et al.,

                Defendants.

No. 22-CV-775 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 16, 2026, Plaintiff filed a "Motion for Reconsideration and Objections to Magistrate Judge's June 1, 2026 Order." Dkt. No. 228 (Mot.). The Motion follows Magistrate Judge Willis's June 1, 2026 Order striking Plaintiff's expert report. It is not clear whether Plaintiff has filed a motion for reconsideration, or instead an objection pursuant to Federal Rule of Civil Procedure 72(a). No later than June 22, 2026, Plaintiff shall file a letter with the Court clarifying the nature of his motion.

SO ORDERED.

Dated:     June 18, 2026
           New York, New York

                                   Ronnie Abrams
                                   United States District Judge