UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP COLUMBO,

                          Plaintiff,

            v.

PHILIPS BRYANT PARK LLC d/b/a The
Bryant Park Hotel LLC, et al.,

                          Defendants.

22-CV-775 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, Defendants' motion for a two-week extension to respond to Plaintiff's objection to Judge Willis's order to strike Plaintiff's expert is granted. The Clerk of Court is respectfully ordered to close the motion pending at Docket Number 232.

SO ORDERED.

Dated:     June 29, 2026
           New York, New York

Ronnie Abrams
United States District Judge