UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP COLUMBO,<br>Plaintiff,<br>v.<br>PHILIPS BRYANT PARK LLC d/b/a The Bryant Park Hotel LLC, et al.,<br>Defendants. | 22-CV-775 (RA)<br>ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed at the November 2, 2026 oral argument, the attorneys shall review the transcript of the argument (including but not limited to the Court's concluding remarks) with their clients and discuss whether they seek a referral to Magistrate Judge Willis for settlement negotiations or participation in the court-annexed mediation program. They shall jointly report back to the Court no later than November 11, 2026.

SO ORDERED.

Dated: November 4, 2026
New York, New York

Ronnie Abrams
United States District Judge