**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

PHILIP COLUMBO,

Plaintiff,

-against-

PHILIPS BRYANT PARK LLC, *et al.*,

Defendants.

---------------------------------------------------------------X

**ORDER**

**22-CV-775 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of the parties' joint letter regarding settlement. Dkt. No. 257. Both parties reported they are open to participating in a settlement conference. As such, the parties are directed to contact chambers via email by **November 20, 2026** at WillisNYSDChambers@nysd.uscourts.gov and provide at least three mutually agreeable dates in **December 2026 or January 2027**. Currently, the Court is only available on December 11 and December 14 in December. The Court's schedule is more open in January 2027.

SO ORDERED.

DATED: New York, New York
November 12, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge