UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP COLUMBO,

Plaintiff,

v.

PHILIPS BRYANT PARK LLC d/b/a The Bryant Park Hotel LLC, et al.,

Defendants.

22-CV-775 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 2, 2026, the Court held oral argument on Plaintiff's objections to Magistrate Judge Willis's June 1, 2026 Order and the parties' cross-motions for summary judgment. Two days later, the parties were directed to inform the Court whether they wished to be referred to Judge Willis for settlement negotiations or to the Court-annexed Mediation Program. *See* Dkt. 254. The parties subsequently informed the Court that they had agreed to engage in settlement discussions before Judge Willis, *see* Dkt. 255, and Judge Willis thereafter directed them to confer on a mutually agreeable date for said discussions, *see* Dkt. 256. Plaintiff has since expressed reservations about participating in those discussions. *See* Dkt. 257.

Having considered the parties' submissions and the arguments presented at oral argument, the Court concludes that the most efficient path forward is to refer the spoliation issue to Judge Willis to decide in the first instance, given her familiarity with the discovery record in this case. In light of how heavily Plaintiff relies on spoliation arguments in his summary judgment motion, the parties' cross-motions for summary judgment and Plaintiff's objections to Judge Willis's June 1, 2026 Order are thus denied without prejudice to renewal within 30 days after Judge Willis resolves the spoliation issue. If the parties choose to renew their motions, they may rely on any or

all of their existing briefing, supplemented as necessary to address Judge Willis's decision. The Court will resolve the renewed motions, the renewed objections, and any timely objections to Judge Willis's spoliation decision together. In the meantime, the Court strongly encourages the parties to engage in good-faith settlement negotiations before Judge Willis. The Clerk of Court is respectfully directed to terminate the motions pending at Dkts. 228, 234, and 238.

SO ORDERED.

Dated: November 18, 2026
New York, New York

Ronnie Abrams
United States District Judge